Curtis James CHANCY, Petitioner–
Appellant,

v.

Michael T.W. BELL, Respondent–
Appellee.

No. 00–7139.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2001.

Decided Feb. 20, 2001.

Curtis James Chancy, pro se.

Jonathan Porter Babb, Sr., North Carolina Department of Justice, Raleigh, NC, for appellee.

Before NIEMEYER, DIANA GRIBBON MOTZ and KING, Circuit Judges.

PER CURIAM.

Curtis James Chancy appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's

opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Chancy v. Bell*, No. CA–99–846–5 (E.D.N.C. Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*